Tomica LaVerne WHITE,
Plaintiff—Appellant,

v.

DANVILLE CITY JAIL, (Medical),
Defendant—Appellee.

No. 07–6109.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 6, 2007.

Tomica LaVerne White, Appellant Pro Se.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tomica LaVerne White appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See White v. Danville City Jail*, No. 7:06–cv00662–jct, 2007 WL 128323 (W.D.Va. filed January 9, 2007; entered January 10, 2007). We also deny White's motion for appointment of counsel.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*